```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HIMELDA MENDEZ,                                             :
                                      Plaintiff,            :
                                                            :        19 Civ. 11166 (LGS)
                -against-                                   :
                                                            :                ORDER
BG RETAIL, LLC,                                             :
                                      Defendant.            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 10, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for February 27, 2020, at 10:40 A.M.;

WHEREAS, on January 16, 2020, Plaintiff filed an affidavit of service (Dkt. No. 6) stating that Defendant was served on January 6, 2020;

WHEREAS, Defendant was required to respond to the Complaint by January 27, 2020;

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **February 24, 2020, at noon,** and shall explain why they have not complied with the Court's deadlines. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, no later than **February 24, 2020,**

**at noon**, Plaintiff shall file a letter requesting (1) adjournment of the initial pretrial conference for up to 30 days, and (2) a date prior to the conference to present an Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant, and shall file an affidavit of service no later than March 6, 2020.

Dated: February 21, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**