| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 02/24/2020 |

Application GRANTED. Defendant shall answer, move or otherwise respond to Plaintiff's complaint by March 6, 2020.

The initial pretrial conference, scheduled for February 27, 2020, is ADJOURNED to March 12, 2020, at 10:40 a.m.

Dated: February 24, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Erik D. Mass
212.492.2517
erik.mass@ogletreedeakins.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *Mendez v. BG Retail, LLC d/b/a Famous Footwear*
Index No.: 19-cv-11166 (LGS)

Dear Judge Schofield:

We were recently retained to represent defendant BG Retail, LLC d/b/a Famous Footwear ("Defendant") in the above-referenced action. We write to respectfully request an extension of Defendant's time to answer, move, or otherwise respond to the Complaint from Monday, January 27, 2020 to Friday, March 6, 2020. We also write to request an adjournment of the initial conference currently scheduled for Thursday, February 27, 2020 (Dkt. No. 5). Defendant submits these requests so that it may be afforded additional time to investigate the allegations in the Complaint. This is Defendant's first request for an extension of time to respond to the Complaint and to adjourn the initial conference, and Plaintiff consents to these requests.

We thank your Honor for your consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Erik D. Mass*
Erik D. Mass

cc: All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington