UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIMELDA MENDEZ,
                      Plaintiff,

             -against-

BG RETAIL, LLC,
                      Defendant.
------------------------------------------------------------X

19 Civ. 11166 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 23, 2020, the Court issued an order directing the parties to comply with the briefing schedule proposed for Defendant's motion to dismiss Plaintiff's Complaint (Dkt. No. 23);

WHEREAS, on March 27, 2020, Plaintiff filed an Amended Complaint (Dkt. No. 24). It is hereby

**ORDERED** that Defendant may move to dismiss Plaintiff's Amended Complaint according to the following briefing schedule: Defendant shall file any motion to dismiss by April 24, 2020; Plaintiff shall file any opposition to the motion to dismiss by May 15, 2020; and Defendant shall file any reply in support of the motion to dismiss by May 29, 2020. The parties shall comply with the Court's Individual Rules in filing their motions and supporting papers. It is further

**ORDERED** that, if Defendant does not intend to move to dismiss the Amended Complaint, Defendant shall inform the Court of that fact by letter filed on ECF no later than April 10, 2020.

Dated: March 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**