UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HIMELDA MENDEZ,                                             :
                           Plaintiff,       :
                                                            :   19 Civ. 11166 (LGS)
            -against-                                    :
                                                            :   ORDER
BG RETAIL, LLC,                                             :
                           Defendant.       :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to this Court's Order on March 17, 2020, the parties were directed to file a joint status letter by May 18, 2020 (Dkt. No. 21);

       WHERAS, no such status letter was filed. It is hereby

       ORDERED that the parties shall file the joint status letter by **May 26, 2020**.

Dated: May 20, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE