UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HIMELDA MENDEZ,                                             :
                                    Plaintiff,              :
                                                            :      19 Civ. 11166 (LGS)
             -against-                                      :
                                                            :              ORDER
BG RETAIL, LLC,                                             :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby ORDERED that discovery is STAYED pending resolution of Defendant's motion to dismiss.

Dated: June 8, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**