UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :
HIMELDA MENDEZ,                                      :
                                    Plaintiff,       :          19 Civ. 11166 (LGS)
                                                     :
                        -against-                    :              ORDER
                                                     :
BG RETAIL, LLC.                                      :
                                    Defendant.       :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 18, 2020, the Court issued an Opinion & Order granting Defendant's

motion to dismiss the First Amended Complaint.  ECF 34;

       WHEREAS, the June 18, 2020, Opinion & Order stated that "Plaintiff may seek leave to

replead within 14 days of the date of this Opinion."  *Id*.  It further stated that "[i]f Plaintiff does

not timely file" a letter requesting to replead, "the Court will enter final judgment of dismissal

and direct the Clerk of Court to close this case."  *Id*.

       WHEREAS, the fourteen-day deadline has passed and Plaintiff has not sought leave to

replead.  It is hereby

       **ORDERED** that this case is dismissed.  The Clerk of Court is directed to enter judgment

in favor of Defendant and to close this case.

Dated: July 6, 2020
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE