UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HIMELDA MENDEZ,
                    Plaintiff,
    -against-

BG RETAIL, LLC,
                    Defendant.
-----------------------------------------------------------X

7/6/2020

19 CIVIL 11166 (LGS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2020, the Court issued an Opinion & Order on June 18, 2020, granting Defendant's motion to dismiss the First Amended Complaint. The Opinion & Order stated that "Plaintiff may seek leave to replead within 14 days of the date of this Opinion." It further stated that "[i]f Plaintiff does not timely file" a letter requesting to replead, "the Court will enter final judgment of dismissal and direct the Clerk of Court to close this case." The fourteen-day deadline has passed and Plaintiff has not sought leave to replead, and this case is dismissed. Judgment is entered in favor of Defendant: accordingly, the case is closed.

**Dated:** New York, New York
         July 6, 2020

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
                    **BY:**
                                        **Deputy Clerk**