# THE MARKS LAW FIRM, P.C.

December 23, 2022

**Via ECF:**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

           **RE:**    **Himelda Mendez v. BG Retail LLC d/b/a/ Famous Footwear**
                     Index: 1:19-cv-11166-LGS

Dear Judge Schofield,

      The parties respectfully request a two week extension, January 6, 2023, to file a joint letter pursuant to Your Honor's December 16, 2022, Order. [Dkt. 43].

      The reason for this request is Defendant needs additional time to confer about this Courts recent Order, however the necessary persons with authority are not available given the holiday schedule. This is the first request of its kind and on consent of Plaintiff.

      We thank the Court for its time and consideration on this matter.

                                                   Respectfully Submitted,

                                                   The Marks Law Firm, P.C.

                                                   By:_____
                                                       Bradly G. Marks

      Cc: all parties of record via ECF

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com